558

441 A.2d 770

Genelius v. Genelius, Appellant.

Argued November 11, 1980. John Sughrue, submitted a brief on behalf of appellant; Ronald E. Archer, for appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Decree affirmed.

441 A.2d 771

In the Interest of Juan Ayala.

Appeal of: Anna Ayala.

Argued December 5, 1980. Lydia Hernandez-Velez, for appellant; Harry Frank, Assistant County Solicitor, for Public Welfare, participating party; Dave Mullins, submitted a brief on behalf of Child Advocate, participating party.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.